## UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF PENNSYLVANIA

SEAN M. DONAHUE,         :
                           :    CIVIL ACTION NO. 3:13-CV-1272
         Plaintiff     :
                           :    (JUDGE NEALON)
    v.                    :    (MAGISTRATE JUDGE BLEWITT)
                           :
LUZERNE COUNTY CORRECTIONAL :
FACILITY, ET AL.,          :
                           :
        Defendants   :

**FILED**
**SCRANTON**

JUL 3 0 2013

PER _____
DEPUTY CLERK

### ORDER

**NOW, THIS** 30th **DAY OF JULY, 2013,** for the reasons set forth in the Memorandum issued this date, **IT IS HEREBY ORDERED THAT:**

1.    The Report and Recommendation, (Doc. 10), is **ADOPTED**:

    A.    Defendant LCCF is **DISMISSED with prejudice**;

    B.    The requests for relief seeking the arrests of any LCCF employees are **DISMISSED with prejudice**;

    C.    Plaintiff is **DIRECTED** to file an amended complaint as to his claim against Defendant Bowen within twenty (20) days of the date of this Order or the case will be dismissed;

2.    Plaintiff's motion for leave to proceed in forma pauperis, (Doc. 5), is **GRANTED**;

3.    Plaintiff's motion to appoint counsel, (Doc. 11), is **DENIED without prejudice**;

4.    This matter is **REMANDED** to Magistrate Judge Blewitt for further proceedings.

_____
**United States District Judge**